**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-1295**

————————

KHADIJAH MUHAMMAD, singly and as next friend
to,

                                    Plaintiff - Appellant,

        and

ALYSHA S. PERKINS, a minor,

                                    Plaintiff,

        versus

GUARDIAN CORPORATION, d/b/a Hardee's of Cross
Lanes, West Virginia, the parent company of
Hardee's,

                                    Defendant - Appellee,

        and

HARDEE'S OF CROSS LANES, WEST VIRGINIA,

                                    Defendant.

————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge.  (CA-94-890-2)

————————

Submitted:  August 22, 1996        Decided:  September 3, 1996

————————

Before RUSSELL, HALL, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

Khadijah Muhammad, Appellant Pro Se.  Bryan Rex Cokeley, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying leave to proceed on appeal in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Muhammad v. Hardee's Cross Lanes</u>, No. CA-94-890-2 (S.D.W. Va. Jan. 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny leave to proceed in forma pauperis in this court.

<u>AFFIRMED</u>